# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEGHANA BABU ) | |
| ) | **CASE NUMBER: 3:08 CV 1163 (WWE)** |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| BUREAU OF COLLECTION ) | |
| RECOVERY INC. ) | |
| DEFENDANT, ) | |

December    , 2008

### STIPULATION OF DISMISSAL

The parties hereto, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate that the above captioned matter shall be dismissed pursuant to a confidential settlement agreement entered into by and between the parties. The parties expressly disclaim any liability or culpability in this matter. The parties further agree and acknowledged that the stipulation of dismissal is with prejudice and any and all claims contained in the aforesaid action shall be dismissed with parties each bearing their own costs and expenses

The Plaintiff,

By:____/s/ Joseph P. Sargent_____
Joseph P. Sargent
1129 Post Rd
Fairfield Ct 06902
CT17779
203 325-2323
F 203 659-7360
josephpsargent@yahoo.com

For the Defendant,

By: _____
Jonathan D. Elliott  (CT05762)
Zeldes, Needle & Cooper PC
1000 Lafayette Blvd.
Bridgeport, CT 06604
P. 203-333-9441
F, 203-222-1489
jelliot@znclaw.com